No. 883. COUNTY OF WESTCHESTER *v.* MONTROSE CONTRACTING Co. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. William A. Davidson* and *Francis*

J. *Morgan* for petitioner. *Messrs. Howard G. Wilson* and *Frederick W. Newton* for respondent.

